AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JAMES CHARLES BAILEY, JR., ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> STATE OF NORTH CAROLINA, CHARLES, ) <br> GAYLOR, *Judge, Wayne County*, ) <br> MICHAEL SHIPMAN, and MICHAEL ) <br> BIGGINS, ) <br>     Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:12-CV-819-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS the Plaintiff's Motion to Proceed *In Forma Pauperis* [D.E. 1], and DISMISSES the Complaint for failure to state a claim upon which relief can be granted.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 17, 2013** WITH A COPY TO:

James Charles Bailey, Jr., Pro Se (Via USPS to 1211 Porter Street, Goldsboro, NC 27530)


January 17, 2013                        JULIE A. RICHARDS, Clerk
Date                                     Eastern District of North Carolina

                                                /s/ Debby Sawyer
                                                (By) Deputy Clerk

Raleigh, North Carolina